# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-184 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| PRINCETON LEE EDWARDS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on February 29, 2024.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on July 30, 2025. The defendant admitted to the following violations:

1. New Law Violation;
2. Unauthorized Travel Outside the District;
3. Unauthorized Travel Outside the District;
4. Alcohol Use; and
5. Alcohol Use.

The magistrate judge filed a report and recommendation on July 30, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the

---

[1] A follow-up report was filed on August 13, 2025, to update the Court on the violations.

conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

A final supervised release violation hearing was conducted on August 19, 2025. Present were the following: Assistant United States Attorney Vasile Katsaros, representing the United States; Attorney Jacob Will, representing the defendant; the defendant Princeton Lee Edwards, and United States Probation Officer Colin Boone.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3, 4, and 5.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 5 months, with credit for time served in federal custody to date. Following imprisonment, the defendant is to be placed on supervised release for a period of one year with the same terms and conditions as previously imposed.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: August 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**